1 [*Counsel listed on next page.*]  JS-6
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  JOCELYN ROMERO, individually and on behalf of all others similarly situated, | No. CV-14-00944 AB (JCGx) |
| 12 | |
| 13             Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE** |
| 14     vs. | |
| 15  KMART CORPORATION, a Michigan corporation; and DOES 1 through 50, inclusive, | |
| 16 | Judge:        Hon. André Birotte, Jr.  Courtroom:  790, 255 E. Temple Street              Los Angeles, California |
| 17 | |
| 18             Defendants. | |

19
20
21
22
23
24
25
26
27
28

LEGAL_US_W # 80287448.1

ORDER GRANTING STIPULATION OF DISMISSAL
U.S.D.C., C.D. Cal., No. CV14-00944 AB (JCGx)

1  RAYMOND P. BOUCHER (Cal. State Bar No. 115364)
2  LAUNA ADOLPH (Cal. State Bar No. 227743)
   KHORRAMI BOUCHER, LLP
3  444 South Flower Street, 33rd Floor
   Los Angeles, California  90071
4  Telephone: (213) 596-6000
   Facsimile: (213) 569-6010
5  rboucher@kbadvocates.com
6  ladolph@kbadvocates.com

7  SAHAG MAJARIAN II (Cal. State Bar No. 146621)
   LAW OFFICES OF SAHAG MAJARIAN II
8  18250 Ventura Boulevard
   Tarzana, California  91356
9  Telephone: (818) 609-0807
10 Facsimile: (818) 609-0892
   sahagii@aol.com
11
12 Attorneys for Plaintiff Jocelyn Romero

13 JEFFREY D. WOHL (Cal. State Bar No. 096838)
   RYAN C. HESS (Cal. State Bar No. 263079)
14 CLAIRE A. HOFFMANN (Cal. State Bar No. 292584)
15 PAUL HASTINGS LLP
   55 Second Street, 24th Floor
16 San Francisco, California  94105
   Telephone: (415) 856-7000
17 Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
18 ryanhess@paulhastings.com
19 clairehoffmann@paulhastings.com

20 Attorneys for Defendant Kmart Corporation

21

22

23

24

25

26

27

28

LEGAL_US_W # 80287448.1

ORDER GRANTING STIPULATION OF DISMISSAL
U.S.D.C., C.D. Cal., No. CV14-00944 AB (JCGx)

1  On the stipulation of the parties, and good cause appearing therefor,

2  IT IS ORDERED that plaintiff Jocelyn Romero's individual claims be and hereby are DISMISSED WITH PREJUDICE and the class claims asserted in the action be and hereby are DISMISSED WITHOUT PREJUDICE, each side to bear its own attorneys' fees and costs.

Dated:  December 9, 2014

André Birotte Jr.
United States District Judge